OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.35⁰
02 1W
0001401682 DEC. 04. 2015

**12/2/2015**
**EDWARDS, HAROLD**      **Tr. Ct. No. 1317347-A**      **WR-32,081-02**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk



HAROLD EDWARDS
JESTER III UNIT - TDC # 1737657
~~JESTER ROAD~~
~~RICHMOND, TX 77469~~

U T F

RTS-
Discharged